HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
jerome_price@fd.org

Attorney for Defendant
JOSE LOPEZ-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:10-cr-0029 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) ) | |
| JOSE LOPEZ-RAMIREZ | ) ) | Date: February 5, 2016 Time: 9:00 a.m. Judge: Hon. Garland E. Burrell |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Jerome Price, attorney for Jose Lopez-Ramirez that the status conference, currently scheduled for February 5, 2016, be continued to February 12, 2016 at 9:00 a.m.

A one-week continuance is requested due to defense counsel's unavailability on February 5, 2015. The government does not oppose this continuance. Defense counsel also requires additional time for defense preparation and further investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 12, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: January 27, 2016

HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant

Dated: January 27, 2016

BENJAMIN B. WAGNER
United States Attorney

*/s/ Katherine Lydon*
KATHERINE LYDON
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 12, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the  February 5, 2016 status conference shall be continued until February 12, 2016, at 9:00 a.m.

**Dated:  January 28, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge