GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for Defendant
JOSE GUADALUPE LOPEZ-RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE GUADALUPE LOPEZ-RAMIREZ, ) <br> ) <br> Defendant ) <br> ) <br> _____ ) | 2:10-CR-029-GEB <br><br> STIPULATION AND (PROPOSED) ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME <br><br> Date    : 8/26/16 <br> Time   : 9:00 a.m. <br> Court  : Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by Defendant José Guadalupe López Ramírez, through his appointed counsel, Gilbert A. Roque, and Plaintiff United States of America, through Assistant United States Attorney Katherine T. Lydon, that the Status Conference scheduled for June 24, 2016, at 9:00 a.m., be vacated and the matter continued to August 26, 2016, at 9:00 a.m., before the Honorable Garland E. Burrell, Jr.

This continuance is requested by the parties for defense preparation and negotiation.  Gilbert A. Roque has just substituted in as defense counsel by Order Substituting Attorney signed on June 22, 2016, [Docket No. 29] and needs time to review the discovery, meet with his client and negotiate a possible resolution with Plaintiff's counsel .

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (reasonable time to prepare) from June 22, 2016, to August 26, 2016, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  June 22, 2016          /s/ Gilbert A. Roque

GILBERT A. ROQUE
Attorney for Defendant
JOSE GUADALUPE LOPEZ-RAMIREZ

Dated:  June 22, 2016          /s/ Katherine T. Lydon

KATHERINE T. LYDON
Assistant United States Attorney
Attorney for Plaintiff

### ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from June 22, 2016, up to and including the new Status Conference, August 26, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time to prepare).

It is further ordered that the June 24, 2016, Status Conference is vacated and shall be continued until August 26, 2016, at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated:  June 23, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge