IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:10-cr-0029 GEB |
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| JOSE GUADALUPE LOPEZ-RAMIREZ, | ) | |
| Defendant. | ) | |

The court relieved CJA Panel attorney Gilbert Roque in court on August 26, 2016.

CJA Panel attorney Jeffery Staniels is hereby appointed effective August 26, 2016, the date the Office of the Federal Defender first contacted him.

Dated: August 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER APPOINTING COUNSEL          1