Jeffrey L. Staniels

Attorney at Law

216 F Street, No. 98

Davis, CA 95616

Tel: (530) 220-9770

stanielslaw@dcn.org


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  2:10-cr-0029 GEB |
| | ) |
| | ) |
| Plaintiff, | )**STIPULATION AND [PROPOSED]** |
| | )**ORDER CONTINUING CASE AND** |
| v. | )**EXCLUDING TIME** |
| | ) |
| | ) |
| JOSE G. LOPEZ-RAMIREZ, | )**Date:  SEPTEMBER 30, 2016** |
| | )**Time:  9:00 a.m.** |
| Defendant. | )**Judge  Hon. G.E. Burrell,** |
| | ) |

IT IS HEREBY STIPULATED by and between Assistant

United States Attorney Katherine Lydon, counsel for

Plaintiff and Jeffrey L. Staniels, court-appointed

counsel for Defendant Jose Guadalupe Lopez-Ramirez,

that the status conference set for September 30, 2016,

1

be continued until November 4, 2016, at the request of counsel for the Defendant.

This continuance is sought to permit further time for preparation by recently substituted defense counsel.  Review of work done by former counsel and of information provided by Mr. Lopez-Ramirez is necessary in order for  current counsel to determine how to advise Mr. Lopez-Ramirez and to determine what further preparation is required.

It is further stipulated that that time for trial under the Speedy Trial Act, 18 U.S.C.§ 3161 *et. seq.* be excluded between September 30, 2016, and November 4, 2016, pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv), Local Code T-4.

Defense counsel believes that this continuance is reasonably necessary in order for him to provide effective assistance to the defendant and requests that the court find that the purposes served by granting

/ / / /

/ / / /

2

this continuance outweigh the interests of the public

and the defendant in a speedy trial.

**IT IS SO STIPULATED.**


Date:  September 20, 2016      s/Katherine Lydon
                               Katherine Lydon
                               Assistant U.S. Attorney
                               Counsel for Plaintiff

Date:  September 20, 2016      s/ Jeffrey L. Staniels
                               Counsel for Defendant
                               Jose G. Lopez-Ramirez


# O R D E R

   The stipulation of the parties is hereby approved.

The status conference in the above case is hereby

continued from September 30, 2016, until November 4,

2016.  Time for Trial under the Speedy Trial Act is

excluded between September 30, 2016, and November 4,

2016, pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv), Local

Code T-4.

   The court finds that granting this continuance for

the reasons stipulated to by the parties is reasonable

and that the interests of justice serve served by

granting this continuance outweigh the interests of the public and the defendant in a Speedy Trial.

    **IT IS SO ORDERED.**

**Dated:  September 21, 2016**

                                    _____

GARLAND E. BURRELL, JR.
Senior United States District Judge