Jeffrey L. Staniels, Bar #91413
216 F Street, No. 98
Davis, CA 95616
Tel: 530-220-9770
Email: stanielslaw@dcn.org
Attorney for Jose Guadalupe Lopez-Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSE GUADALUPE LOPEZ-RAMIREZ,<br><br>            Defendant. | No. 2:10-cr-0029 GEB<br><br>**Request and [Proposed] Order for Limited Unsealing of Transcript**<br><br>**Date: November 4, 2016**<br>**Time: 9:00 a.m.**<br>**Judge: Hon. Garland E. Burrell** |

On August 26, 2016, the above case came on before this court for status conference. At that time a hearing concerning the status of counsel was conducted. Part of that hearing was conducted *in camera.* By an order dated October 18, 2016, entered on this court's CJA eVoucher system, this court granted undersigned counsel's request for funding to obtain a complete transcript of the August 26, 2016 hearing, including the *in camera* portion. That portion of the hearing is currently sealed pending further order of the court.

Access to a complete transcript by current defense counsel is necessary in order for counsel to advise the defendant about aspects of possible ways to proceed in this matter.

1

1  Wherefore, the Court is requested to issue an order
2 permitting the Court Reporter, Kelley O'Halloran, to prepare a
3 full transcript of the August 26, 2016 proceedings in this case
4 and to make such transcript available to defense counsel only.
5  A proposed order effectuating this request is attached
6 hereto.

7                                    Respectfully submitted,

10 Dated:  October 26, 2016        /s/Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
11                                  Attorney for Defendant

Jeffrey L. Staniels, Bar #91413
216 F Street, No. 98
Davis, CA 95616
Tel: 530-220-9770
Email: stanielslaw@dcn.org
Attorney for Jose Guadalupe Lopez-Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES of AMERICA,        | No. 2:10-cr-0029 GEB |
|----------------------------------|----------------------|
| Plaintiff,                       |                      |
| v.                               | **[Proposed] Order** |
| JOSE GUADALUPE LOPEZ-RAMIREZ,    |                      |
| Defendant.                       |                      |

The request of counsel for Defendant for a transcript of proceedings in the above case conducted on August 26, 2016, before this court is hereby **GRANTED**.

The Court Reporter is directed to prepare a full transcript of proceedings in this case conducted on that date and provide a copy to defense counsel only.  Defense Counsel may disclose the contents to his client and to any members of his defense team, but is directed to make no copies of the transcript and to maintain it

3

as a confidential document.  The Court Reporter shall retain any other copies of the transcript under seal until further order of the court.

**IT IS SO ORDERED.**

**Dated:  October 26, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge