CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Jose Guadalupe Lopez-Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE GUADALUPE LOPEZ-RAMIREZ,<br><br>    Defendant. | Case No.: 10-cr-029 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  March 3, 2017<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Katherine Lydon, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Jose Guadalupe Lopez-Ramirez, that the status conference scheduled for March 3, 2017, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on April 21, 2017, at 9:00 a.m., for further status conference.

   Defense counsel has communicated with the Los Angeles Metropolitan Detention Center, where Mr. Lopez-Ramirez has been housed since February 9, 2017.  The estimated time for completion of the report on Mr. Lopez-Ramirez' competency is April 17, 2017.  The parties will require time to review said report.  In addition, defense counsel will require additional time to continue review of discovery and conduct further investigation in the case, as necessary.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   March 2, 2017    /S/   Katherine Lydon
                          KATHERINE LYDON
                          Assistant United States Attorney
                          Attorney for Plaintiff


                          /S/   Clemente M. Jiménez
                          CLEMENTE M. JIMÉNEZ
                          Attorney for Jose Guadalupe Lopez-Ramirez

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for March 3, 2017, at 9:00 a.m., be vacated and the matter continued to April 21, 2017, at 9:00 a.m., for further status conference. The Court finds that time under the Speedy Trial Act be excluded from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

Dated:  March 3, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge