UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JOSE GUADALUPE LOPEZ-RAMIREZ,<br>　　　　Defendant. | No. 2:10-cr-00029-GEB<br><br>**ORDER** |

　　　　On March 27, 2017, the undersigned judge received the attached filing from Defendant. The filing is disregarded because Defendant has not been authorized to engage in hybrid representation. Hybrid representation occurs when a Defendant acts as co-counsel when he also has appointed counsel.

　　　　Dated: March 31, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1