```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF CALIFORNIA
 3
 4   UNITED STATES OF AMERICA,        No.  2:10-cr-00029-GEB-1
 5              Plaintiff,
 6        v.                          ORDER FILING FORENSIC EVALUATION
                                      UNDER SEAL AND DIRECTING COUNSEL
 7   JOSE GUADALUPE LOPEZ-RAMIREZ,    TO FILE A BRIEF AND/OR A
                                      SEPARATE OR JOINT PROPOSED ORDER
 8              Defendant.
 9
```

On April 21, 2017, the Federal Bureau of Prisons ("B.O.P.") emailed the Courtroom Deputy Clerk its Forensic Evaluation Report, dated April 17, 2017, of Defendant Jose Guadalupe Lopez-Ramirez, which contains the following opinion evincing Mr. Lopez-Ramirez is not presently competent to stand trial:

> OPINION ON THE ISSUE OF PRESENT COMPETENCY TO STAND TRIAL
>
> Based on the information available, there is substantial evidence to indicate Mr. Lopez-Ramirez does suffer from a mental disorder, specifically Delusional Disorder, which does not impair his present ability to understand the nature and consequences of the court proceedings against him, but substantially impairs his ability to properly assist counsel in a defense.
>
> When consistent and stable, Mr. Lopez-Ramirez has the intellectual capacity to understand the nature and consequences of the proceedings against him. However, his current symptoms of a mental illness are so prominent that they interfere with his ability to properly assist counsel in his defense. Due to the content of his delusion, he is highly resistant to proceeding with the current court proceedings, as he believes his prior convictions are directly related to any current charges. Furthermore, most likely he

1

will not assist an attorney who is unwilling to address his current claims of "injustice." He is not able to ascertan reality, realistically appraise his behavior, or consistently converse in a logical an durational manner, all of which would be necessary to some extent to properly assist counsel in a defense. Moreover, it is likely his tendency to demonstrate argumentative and disruptive behavior in court will continue, which is counter-productive in these proceedings.

In view of Mr. Lopez-Ramirez's mental condition and related behavior, it is recommended that he be committed to a federal medical center for treatment for restoration to competency pursuant to 18 U.S.C. Section 4241(d). The commitment would allow for a longer period of observation and stabilization of mental functioning, by providing longer term and consistent psychological treatment and psychotropic medication. Treatment may also include significant education regarding court proceedings, and should focus on conveying information in a simple, repetitive manner to ease his understanding and ability to learn the relevant material.

Therefore, no later than April 28, 2017, counsel shall file a brief and/or a separate or joint proposed order concerning B.O.P's recommendation that Mr. Lopez-Ramirez "be committed to a federal medical center for treatment for restoration to competency pursuant to 18 U.S.C. Section 4241(d)."

Lastly, the Clerk of the Court shall serve each party with a copy of the Forensic Evaluation Report, and shall file the Forensic Evaluation Report under seal.

Dated: April 21, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2