UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE GUADALUPE LOPEZ-RAMIREZ,<br><br>　　　　　Defendant. | No.　2:10-cr-29-GEB<br><br>**ORDER SCHEDULING HEARING REGARDING DEFENDANT'S COMPETENCY** |

　　　　An order issued on April 24, 2017, instructing counsel to file a brief in response B.O.P.'s recommendation that Mr. Lopez-Ramirez "be committed to a federal medical center for treatment for restoration to competency pursuant to 18 U.S.C. Section 4241(d)." Forensic Evaluation 15, ECF No. 57. Defendant did not respond to the April 24, 2017 order, and the response the United States filed does not address the hearing requirement in 18 U.S.C. Section 4241(d). Therefore, a hearing is scheduled on Defendant's competency, commencing at 9:00 a.m. on May 5, 2017.

Dated:　May 1, 2017

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1