PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-0029 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JOSE GUADALUPE LOPEZ-RAMIREZ, | DATE: October 20, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. On May 19, 2017 (ECF No. 62), the Court made the following finding and order: "by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense[; therefore,] . . . [Lopez-Ramirez is committed] to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility . . . for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward." *See* ECF No. 62, 18 U.S.C. § 4241(d).

2. By previous order, this matter was set for status regarding competency on October 20, 2017.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. On July 7, 2017, the Complex Warden of the Bureau of Prisons Federal Medical Center in Butner, North Carolina, advised the Court and the parties that the defendant had been admitted for treatment on June 27, 2017, for an evaluation period to end October 24, 2017. She further advised that her staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date.

4. The defendant remains at the Federal Medical Center.

5. By this stipulation, the defendant now moves to continue the status conference until December 1, 2017, and to exclude time between October 20, 2017, and December 1, 2017, under Local Codes A and N.

6. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, consideration of potential resolutions, and consultation with his client, taking into account the exercise of due diligence.

   b) The government does not object to and joins the request for the continuance.

   c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 20, 2017 to December 1, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(A) because it results from a continuance granted by the Court at defendant's request on the basis of delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant, and pursuant to 18 U.S.C.§ 3161(h)(4), because it results from a continuance granted by the Court at defendant's requested on the basis of delay resulting from the fact that the defendant is mentally incompetent to stand trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

    IT IS SO STIPULATED.

Dated: October 19, 2017                      PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ *Katherine T. Lydon*
                                              KATHERINE T. LYDON
                                              Assistant United States Attorney

Dated: October 19, 2017                      */s/ Katherine T. Lydon for*
                                              *Clemente Jimenez with*
                                              *permission*

                                              CLEMENTE JIMENEZ
                                              Counsel for Defendant
                                              JOSE GUADALUPE LOPEZ-RAMIREZ

## FINDINGS AND ORDER

    IT IS SO FOUND AND ORDERED.

    Dated: October 19, 2017

                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge