UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE GUADALUPE LOPEZ-RAMIREZ,<br><br>    Defendant. | No. 2:10-cr-0029-GEB<br><br>**ORDER FILING FORENSIC EVALUATION UNDER SEAL** |

On November 3, 2017, the undersigned Judge received an email from the Bureau of Prisons to which is attached a forensic evaluation of Defendant Jose Guadalupe Lopez-Ramirez, which the Clerk of Court shall file under seal. This Order shall be filed on the public docket and shall be served on counsel for each party. The Bureau of Prisons states in the email that it has provided the parties with the above referenced email and forensic evaluation.

A forensic psychologist opines in the forensic evaluation:

> []Mr. Lopez-Ramirez . . . continues to [show] a lack of rational understanding about his charge, [and] would not be able to assist his attorney. He makes decisions based on his delusional beliefs. It is difficult to communicate with him because he is preoccupied with his delusions and perseverates on ways in which he is persecuted. The recommended treatment for delusions is antipsychotic medication. Mr. Lopez-Ramirez would not give consent to be treated voluntarily with antipsychotic medication. The psychiatrist was consulted to

1

discuss whether involuntary medication was likely to restore Mr. Lopez-Ramirez' competency. Due to having no record of his response to psychotropic medication and the length of time he has been untreated, it appears the probability of restoring his competence is low. Furthermore; Mr. Lopez-Ramirez was rejecting of psychological interventions aimed at targeting his delusional beliefs."

Dated: November 6, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge

2