PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Phone: (916) 554-2722
Fax: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-0029 GEB |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT AND [PROPOSED] ORDER DISMISSING INDICTMENT** |
| JOSE GUADALUPE LOPEZ-RAMIREZ, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order to dismiss the Indictment against defendant Jose Guadalupe Lopez-Ramirez in the above-captioned matter.

On May 19, 2017, the Court issued an Order finding the defendant was not competent to stand trial and ordering treatment and forensic evaluation. Specifically, the Court found and ordered by a preponderance of the evidence as follows:

> "[T]he defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense[; therefore,] . . . [Lopez-Ramirez is committed] to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility . . . for such a reasonable period of time, not to exceed four months, as is necessary to determine whether

there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward."

*See* ECF No. 62, 18 U.S.C. § 4241(d)

On November 3, 2017, the Court received an email from the Bureau of Prisons to which was attached a forensic evaluation of the defendant. The forensic evaluation was filed under seal. On November 6, 2017, the Court issued an order, excerpting the forensic evaluation as follows:

> Mr. Lopez-Ramirez . . . continues to [show] a lack of rational understanding about his charge, [and] would not be able to assist his attorney. He makes decisions based on his delusional beliefs. It is difficult to communicate with him because he is preoccupied with his delusions and perseverates on ways in which he is persecuted. The recommended treatment for delusions is antipsychotic medication. Mr. Lopez-Ramirez would not give consent to be treated voluntarily with antipsychotic medication. Mr. Lopez-Ramirez would not give consent to be treated voluntarily with antipsychotic medication. The psychiatrist was consulted to discuss whether involuntary medication was likely to restore Mr. Lopez-Ramirez' competency. Due to having no record of his response to psychotropic medication and the length of time he has been untreated, it appears the probability of restoring his competence is low. Furthermore; Mr. Lopez-Ramirez was rejecting of psychological interventions aimed at targeting his delusional beliefs.

*See* ECF No. 66.

Because it appears that the probability of restoring Mr. Lopez-Ramirez' competence to stand trial is low, further efforts to restore him to competency and continue the prosecution would not be in the interests of justice or appropriate stewardship of government resources. Accordingly, the government moves to dismiss the indictment.

DATED: December 13, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　*/s/ Katherine T. Lydon*
　　　　　　　　　　　　　　　　　　　　KATHERINE T. LYDON
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE GUADALUPE LOPEZ-RAMIREZ, <br><br> Defendant. | CASE NO. 2:10-CR-0029 GEB <br><br><br> **ORDER** |

The United States' motion to dismiss the pending indictment against defendant JOSE GUADALUPE LOPEZ RAMIREZ in case number 2:10-CR-0029 GEB is granted. The defendant shall be released to the custody of Immigrations and Customs Enforcement pursuant to the lodged detainer.

Dated: December 13, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge